```
                    UNITED STATES DISTRICT

                    COURT DISTRICT OF

                      MASSACHUSETTS
Juliet Horton
                              CIVIL ACTION NO.  1:26-cv-10485-MJJ
     V.

 Lyons, et al

                      ORDER OF DISMISSAL
```

JOUN, D.J.

In accordance with the Court's Order dated February 4, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

```
                                    /s/ Sophie Phillips
February 4, 2026                    -------------------------
                                    Deputy Clerk
```